NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HANLEY INDUSTRIES, INC.,**
*Appellant*

**v.**

**ERIC K. FANNING, ACTING SECRETARY OF THE ARMY,**
*Appellee*

---

2015-1258

---

Appeal from the Armed Services Board of Contract Appeals in No. 56584, Administrative Judge Michael T. Paul.

---

**JUDGMENT**

---

JEFF HOWARD ECKLAND, Eckland & Blando LLP, Minneapolis, MN, argued for appellant. Also represented by VINCE CHRISTOPHER REUTER.

DANIEL S. HERZFELD, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by BRYANT G. SNEE, ROBERT E. KIRSCHMAN, JR., BENJAMIN C. MIZER.

————————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| January 12, 2016 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |